# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| | |
|---|---|
| SANTINE M. WHITE,<br>*Plaintiff(s)*<br>v.<br>CITY OF GRANDVIEW PLAZA, GRANDVIEW POLICE DEPARTMENT, SHAWN PEIRANO, SHAWN MEEKS,<br>*Defendant(s)* | Civil Action No. 16-CV-4162-DDC-KGS |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ %, per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____ .

This action was *(check one)*:

☐ tried by a jury with _____ presiding, and the jury has rendered a verdict.

☐ tried by _____ without a jury and the above decision was reached.

☑ decided by U.S. District Judge Daniel D. Crabtree on a motion for dismissal (Doc. 6). The court dismisses plaintiff's federal claims without prejudice under Fed. R. Civ. P. 12(b)(6) because they fail to state a plausible claim for relief. The court declines to exercise supplemental jurisdiction over plaintiff's state law claim and thus remands the remaining state law claim to the District Court of Geary County, Kansas consistent with the Memorandum and Order filed on May 19, 2017.

Date: 05/19/2017

*TIMOTHY M. O'BRIEN*
*CLERK OF COURT*

s/ Megan Garrett
*Signature of Clerk or Deputy Clerk*